ORIGINAL

FILED
08 MAR 27 PM 2:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   BMG MUSIC; UMG RECORDINGS, INC.; SONY
7  BMG MUSIC ENTERTAINMENT; ATLANTIC
   RECORDING CORPORATION; and ZOMBA
8  RECORDING LLC

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1673 BZ

BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,

Plaintiffs,

v.

JOHN DOE,

Defendant.

CASE NO.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

Certification of Interested Entities or Persons
Case No.
#36350 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

6    Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
7 ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

8    Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
9 publicly held French company.

10   Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
11 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
12 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
13 latter of which is publicly traded in the United States.

14   Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
15 Warner Music Group Corp., which is publicly traded in the U.S.

16   Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC
17 ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter
18 of which is publicly traded in the United States.

19 Dated: March 27, 2008                HOLME ROBERTS & OWEN LLP

By: /s/ Matthew Franklin Jaksa
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
BMG MUSIC; UMG RECORDINGS,
INC.; SONY BMG MUSIC
ENTERTAINMENT; ATLANTIC
RECORDING CORPORATION; and
ZOMBA RECORDING LLC

Certification of Interested Entities or Persons
Case No.
#36350 v1

1