UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC,

      Plaintiff(s),

  v.

UMG RECORDINGS, INC., et al.,

      Defendant(s).

No. C08-1673 BZ

**ORDER GRANTING IMMEDIATE DISCOVERY**

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on the California State University, Monterey Bay, to obtain the identity of defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current and permanent addresses and telephone numbers, e-mail address, and Media Access Control (MAC) address for John Doe.  Without such discovery, plaintiffs cannot identify John Doe, and thus cannot pursue their lawsuit aimed at

```
 1  protecting their copyrighted works from infringement.
 2       IT IS FURTHER ORDERED that any information disclosed to
 3  plaintiffs in response to the Rule 45 subpoena may be used by
 4  plaintiffs solely for the purpose of protecting plaintiffs'
 5  rights under the Copyright Act.
 6       IT IS FURTHER ORDERED if the University's funding makes
 7  it subject to 20 U.S.C. section 1232g, the University shall
 8  follow 20 U.S.C. section 1232g(b)(2)(B) in producing the
 9  records.
10  Dated: April 24, 2008
11                              _____
                                       Bernard Zimmerman
12                              United States Magistrate Judge
13
    G:\BZALL\-BZCASES\BMG V. UMG\ORDER.GRANTING IMMEDIATE DISCOVERY.wpd
```

2